IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02900-RBJ-MEH

IAN SULLIVAN,

    Plaintiff,

v.

CINEMARK USA, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 11, 2012.**

    Defendant's unopposed[1] Request [Motion] for Oral Argument on the Motion to Dismiss the Complaint [filed December 10, 2012; docket #23] is **granted**. Counsel for the parties are directed to appear before the Court for oral argument regarding the above matter on Friday, **December 14, 2012, at 10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

---

[1] Plaintiff requests oral argument in his response to the motion to dismiss.